# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 639 |
| | : | |
| ORDER AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 223 AND 1006 AND APPROVING | : | |
| REVISION OF THE NOTE TO | : | DOCKET |
| RULE 225 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2016, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(b):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 223 and 1006 of the Pennsylvania Rules of Civil Procedure are amended, and the revision of the Note to Rule 225 of the Pennsylvania Rules of Civil Procedure is approved, as set forth in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.